UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIRTHA LUZ CAMPOS,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>          Defendants. | NO. CV-08-0145-EFS<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND** |

On July 18, 2008, the parties filed a Stipulated Motion to Remand to the United States Citizenship and Immigration Services Under 8 U.S.C. § 1447(b). (Ct. Rec. 4.) Based upon the parties' stipulation, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Remand to the United States Citizenship and Immigration Services Under 8 U.S.C. § 1447(b) **(Ct. Rec. 4)** is **GRANTED**.

2. Plaintiff's Application for Naturalization, Immigration Form N-400, shall be remanded to the United States Citizenship and Immigration Services ("USCIS") for further proceedings.

3. The USCIS shall adjudicate and issue a decision on Plaintiff's application within thirty (30) days of this Order.

ORDER * 1

4. The parties shall file a joint notice **no later than August 25, 2008,** indicating whether the USCIS issued a timely decision and, if not, how the parties would like to proceed.

5. The Court shall retain jurisdiction over this matter.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 21st day of July 2008.

S/ Edward F. Shea<br>
EDWARD F. SHEA<br>
United States District Judge

Q:\Civil\2008\145.Stip.Remand.wpd

ORDER * 2